IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01902-ZLW-CBS

NORMAN RAY REED, JR.,

    Plaintiff,

v.

JOE STOMMEL, Manager of S.O.T.M.P Program,
BURL McCULLAR, S.O.T.M.P. Program Manager,
RUSTY LANDER, M.H.D. / SOTMP Coordinator,
KRISTIN HALLBAUR, SOTMP Therapist / M.S., NCC,
RICHARD LINS, S.O.T.M.P Therapist, and
JOHN McGILL, SOTMP Therapist,

    Defendants.

```
                    FILED
          UNITED STATES DISTRICT COURT
              DENVER, COLORADO

              OCT 19 2007

          GREGORY C. LANGHAM
                              CLERK
```

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: _____October 18, 2007_____

BY THE COURT:

_Zita L. Weinshienk_
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01902-ZLW-CBS

Norman Ray Reed, Jr.
Prisoner No. 58512
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Joe Stommel, Burl McCullar,
Rusty Lander, Kristin Hallbaur,
Richard Lins, and John McGill - **WAIVER \***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Joe Stommel, Burl McCullar, Rusty Lander, Kristin Hallbaur, Richard Lins, and John McGill; and to John Suthers: COMPLAINT FILED 09/10/07, SUMMONS, WAIVER\*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/19/07.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk