IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01902-ZLW-CBS

NORMAN RAY REED, JR.,
       Plaintiff,
v.

JOE STOMMEL, Manager of S.O.T.M.P. Program,
BURL MCCULLAR, S.O.T.M.P. Program Manager,
RUSTY LANDER, M.H.D./S.O.T.M.P. Coordinator,
KRISTIN HALBAUER, S.O.T.M.P. Therapist, M.S., NCC,
RICHARD LINS, S.O.T.M.P. Therapist,
JOHN MCGILL, S.O.T.M.P. Therapist,
       Defendants.

AMENDED ORDER[1]

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Reed's "Motion to Have the Court Order the Defendants to Reply" (filed December 18, 2007) (doc. # 15). Pursuant to the Order of Reference dated October 18, 2007 (doc. # 7) and the memorandum dated December 18, 2007 (doc. # 16), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Reed's Motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

Defendants Stommel, McCullar, Lander, and McGill waived service on October 22, 2007. (*See* doc. # 10). Thus, their answers to the Complaint are not due until 60 days later, or until December 21, 2007. Defendant Halbauer has not been served

---

[1] The court's Order (doc. # 17) is hereby amended to correct a typographical error regarding Plaintiff's name in the case caption.

because she is deceased. (*See* doc. # 10). Defendant Lins is no longer employed at the address provided by Mr. Reed and has not yet been served at his forwarding address. Accordingly,

IT IS ORDERED that Mr. Reed's "Motion to Have the Court Order the Defendants to Reply" (filed December 18, 2007) (doc. # 15) is DENIED.

DATED at Denver, Colorado, this 19th day of December, 2007.

BY THE COURT:

 s/Craig B. Shaffer
United States Magistrate Judge