IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01902-ZLW-KMT

NORMAN RAY REED, JR.,

    Plaintiff,

v.

JOE STOMMEL,
Manager of S.O.T.M.P. Program,
BURL McCULLAR,
S.O.T.M.P. Program Manager,
RUSTY LANDER,
M.H.D./SOTMP Coordinator,
KRISTIN HALLBAUR,
SOTMP THERAPIST/M.S., NCC,
RICHARD LINS,
S.O.T.M.P Therapist, and
JOHN McGILL,
SOTMP Therapist,

    Defendants.

---

# ORDER

---

    This matter is before the court on Plaintiff's letter/motion (# 41, filed January 18, 2008). Plaintiff apparently is requesting that the court send him a copy of his motion for preliminary injunction and also is requesting an extension of time to respond to Defendants' Motion to Dismiss (#34, filed January 10, 2008).

The Court does not provide free copy service. The plaintiff may, however, request copies directly from the Clerk's Office. All copies are 50 cents per sheet. A notice of the cost of the copies will be issued after the cost can be determined. The copies will be sent out upon receipt of full payment. Therefore, it is

ORDERED that the letter/motion (#41) is GRANTED in part and DENIED in part. Plaintiff's request for copies is DENIED. Plaintiff's request for an extension of time to respond to Defendants' motion to dismiss is GRANTED. Plaintiff's response to Defendants' Motion to Dismiss (#34) is due on or before February 18, 2008.

Dated this 24th day of January, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge