IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01902-ZLW-KMT

NORMAN RAY REED, JR.,

    Plaintiff,

v.

JOE STOMMEL, Manager of S.O.T.M.P. Program,
BURL McCULLAR, S.O.T.M.P. Program Manager,
RUSTY LANDER, M.H.D./SOTMP Coordinator,
KRISTIN HALLBAUR, SOTMP THERAPIST/M.S., NCC,
RICHARD LINS, S.O.T.M.P Therapist, and
JOHN McGILL, SOTMP Therapist,

    Defendants.

## ORDER

In consideration of the Attorney General's statement that Kristin Halbauer (listed as Kristin Hallbaur in the caption) is deceased,[1] it is

ORDERED that Kristin Halbauer be dismissed from the case pursuant to Fed. R. Civ. P. 25(a). It is

---

[1] See Mot. For Extension Of Time, at 1 n.1 (Doc. No. 21; Dec. 20, 2007).

FURTHER ORDERED that Kristin Hallbaur [sic] be removed from the case caption.

DATED at Denver, Colorado, this   31   day of January, 2008.

BY THE COURT:

/s/ Zita L. Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court